UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DASHA M. MARUSH,<br><br>                              Plaintiff,<br>     v.<br><br>MICHAEL J. ASTRUE, Commissioner of the Social Security Administration,<br><br>                             Defendant. | Case No. C12-cv-05389 JRC<br><br>**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS** |

Plaintiff's application to proceed in forma pauperis (ECF No. 1) is GRANTED. Plaintiff does not appear to have funds available to afford the $350.00 filing fee.

The Clerk of Court is directed to issue summonses to enable proper service of the complaint on the appropriate parties. **It is the responsibility of plaintiff to properly serve copies of the complaint along with appropriate summonses as required by Rule 4 of the Federal Rules of Civil Procedure.** Service may be by Certified Mail/Return Receipt Requested. Rule 4(m) of the Federal Rules of Civil Procedure requires a defendant to be served within 120 days after the complaint is filed. Fed. R. Civ. P. Rule 4(m). Rule 4(l) requires proof of service to be filed or made to the court. Fed. R. Civ. P. Rule 4(l).

With regard to a social security complaint, Rule 4(i) requires plaintiff to serve a summons and copy of complaint on the following entities: (a) the United States attorney for the district in

1 which the action is brought or to an assistant United States attorney or clerical employee

2 designated by the United States attorney in a writing filed with the clerk of the court or the civil

3 process clerk at the office of the United States attorney; (b) the Attorney General of the United

4 States at Washington, District of Columbia; and (c) the officer or agency.

5     DATED this 5th day of May, 2012.

*[signature]*

J. Richard Creatura
United States Magistrate Judge

ORDER GRANTING APPLICATION TO
PROCEED IN FORMA PAUPERIS - 2